UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 05-0375 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] TRAVEL ORDER |
| v. | |
| BRIAN LY, et al., | |
| Defendants. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brian Ly may travel outside the Northern District of California, from January 13, 2006 through January 16, 2006, to the South Lake Tahoe area. Prior to travel, defendant Brian Ly agrees to provide Pretrial Services with his itinerary and contact information, including, the address where he will be staying and a telephone number where he can be reached.

Pretrial Services Officer Betty Kim advised that she has no objection to the requested travel plans, under the conditions proposed herein.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant LY
Dated: December 21, 2005

/S/ANDREW M. SCOBLE
ANDREW M. SCOBLE
Assistant U.S. Attorney
Dated: December 21, 2005

**IT IS SO ORDERED.**

Dated: 1/9/06

HONORABLE NANDOR J. VADAS
U.S. Magistrate Judge