UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

  v.

BRIAN LY, et al.,

    Defendants.
_____/

NO. CR 05-0375 SI

STIPULATION AND [PROPOSED] TRAVEL ORDER

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brian Ly may travel outside the Northern District of California, from March 30, 2006 through April 6, 2006, to Oahu, Hawaii. Prior to travel, defendant Brian Ly agrees to provide Pretrial Services with his itinerary and contact information, including, the address where he will be staying and a telephone number where he can be reached. Brian Ly agrees that he will have no contact with any witnesses in the case while he is in Hawaii, including D.J. Heu.

Pretrial Services Officer Betty Kim advised that she has no objection to the requested travel plans, under the conditions proposed herein.

| | |
|---|---|
| /S/JAMES BUSTAMANTE | /S/ANDREW M. SCOBLE |
| JAMES BUSTAMANTE | ANDREW M. SCOBLE |
| Attorney for Defendant LY | Assistant U.S. Attorney |
| Dated: March 9, 2006 | Dated: March 10, 2006 |

**IT IS SO ORDERED.**
Dated:

HONORABLE NANDOR J. VADAS
U.S. Magistrate Judge