UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | NO. CR 05-0375 SI |
| v. | STIPULATION AND [PROPOSED] TRAVEL ORDER |
| BRIAN LY, et al., | |
| Defendants. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brian Ly may travel outside the Northern District of California, from the evening of Friday, May 26, 2006 through Sunday, May 29, 2006, to Las Vegas, Nevada. Prior to travel, Brian Ly agrees to provide Pretrial Services with his itinerary and contact information, including, the hotel where he will be staying and a telephone number where he can be reached.

Pretrial Services Officer Betty Kim advised that Brian Ly is in full compliance with his conditions of release and she has no objection to the requested travel plans, under the conditions proposed herein.

| | |
|---|---|
| /S/JAMES BUSTAMANTE | /S/ANDREW M. SCOBLE |
| JAMES BUSTAMANTE | ANDREW M. SCOBLE |
| Attorney for Defendant LY | Assistant U.S. Attorney |
| Dated: May 10, 2006 | Dated: May 10, 2006 |

**IT IS SO ORDERED.**

Dated: 5/17/06

s/Nandor Vadas
_____
NANDOR J. VADAS
U.S. Magistrate Judge