|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   | UNITED STATES DISTRICT COURT |
| 4   | NORTHERN DISTRICT OF CALIFORNIA |
|     | SAN FRANCISCO DIVISION |

UNITED STATES OF AMERICA

        Plaintiff,                  NO. CR 05-0375 SI

    v.                                STIPULATION AND [PROPOSED]
                                        TRAVEL ORDER

BRIAN LY, et al.,

        Defendants.
_____/

    THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brian Ly may travel outside the Northern District of California, from August 11, 2006 through August 17, 2006, to Los Angeles, California. Prior to travel, Brian Ly agrees to provide Pretrial Services with his contact information, including, the hotel where he will be staying and a telephone number where he can be reached.

    Pretrial Services Officer Betty Kim advised that Brian Ly is in full compliance with his conditions of release and she has no objection to the requested travel plans, under the conditions proposed herein.

/S/JAMES BUSTAMANTE         /S/ANDREW M. SCOBLE
JAMES BUSTAMANTE           ANDREW M. SCOBLE
Attorney for Defendant LY    Assistant U.S. Attorney
Dated: July 24, 2006         Dated: July 24, 2006

**IT IS SO ORDERED.**

Dated: 7/24/06

NANDOR J. VADAS   **EDWARD M. CHEN**
U.S. Magistrate Judge