UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

  v.

BRIAN LY, et al.,

    Defendants.
_____/

NO. CR 05-0375 SI

STIPULATION AND [PROPOSED] TRAVEL ORDER

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brian Ly may travel outside the Northern District of California, from October 6, 2006 through October 8, 2006, to Las Vegas, Nevada. Prior to travel, Brian Ly agrees to provide Pretrial Services with his itinerary and contact information, including, the hotel where he will be staying and a telephone number where he can be reached.

Pretrial Services Officer Betty Kim advised that Brian Ly is in full compliance with his conditions of release and she has no objection to the requested travel plans, under the conditions proposed herein.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant LY
Dated:

/S/ANDREW M. SCOBLE
ANDREW M. SCOBLE
Assistant U.S. Attorney
Dated:

**IT IS SO ORDERED.**

Dated: 9/19/06

_____
NANDOR J. VADAS
U.S. Magistrate Judge