UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN LY,<br><br>    Defendant.<br>_____/ | NO. CR 05-0375 SI<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE that conditions of pretrial release for defendant Brian Ly be modified to allow him to travel outside the Northern District of California to the Eastern District of California, without a court order, from December of 2006 through April 30, 2007. Prior to travel Brian Ly must provide Pretrial Services with an itinerary and contact information, and obtain prior approval from Pretrial Services prior to travel. All other conditions of release are to remain the same.

The reason for this request is to allow Brian Ly to go snowboarding at the Northstar Ski Resort, located in Truckee, California, without the need for obtaining a court order each time he requests permission to travel for this purpose.

Pretrial Services Officer Betty Kim advised that Brian Ly is in full compliance with his conditions of release and she has

1

1  no objection to the requested modification, under the conditions
2  proposed herein.
3
4  /S/JAMES BUSTAMANTE                /S/ANDREW M. SCOBLE
   JAMES BUSTAMANTE                   ANDREW M. SCOBLE
5  Attorney for Defendant LY          ALEXIS HUNTER
   Dated:                             Assistant U.S. Attorneys
6                                     Dated:
7
8      **IT IS SO ORDERED.**
9      Dated: 12/18/06
                                      _____
10                                    NANDOR J. VADAS
                                      U.S. Magistrate Judge
11

2