UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | NO. CR 05-0375 SI |
| v. | STIPULATION AND [~~PROPOSED~~] TRAVEL ORDER |
| BRIAN LY, et al., | |
| Defendants. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brian Ly may travel outside the Northern District of California, from January 12, 2006 through January 15, 2006, to South Lake Tahoe, California and Nevada. Brian Ly will be staying at a rented cabin with friends, located in South Lake Tahoe, California, but plans to go to Heavenly Ski Resort, which is located on both the California and Nevada borders, and also to Reno, Nevada. Prior to travel, Brian Ly agrees to provide Pretrial Services with the location he will be staying and contact information.

Pretrial Services Officer Paul Mamaril advised that Brian Ly is in full compliance with his conditions of release and has no objection to the requested travel plans, under the conditions

1

1  proposed herein.

3  /S/JAMES BUSTAMANTE                /S/ANDREW M. SCOBLE
   JAMES BUSTAMANTE                   ANDREW M. SCOBLE
4  Attorney for Defendant LY          Assistant U.S. Attorney
   Dated: January 8, 2007             Dated: January 8, 2007

**IT IS SO ORDERED.**

Dated: 1/9/07

NANDOR J. VADAS
U.S. Magistrate Judge