UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | NO. CR 05-0375 SI |
| v. | STIPULATION AND [PROPOSED] TRAVEL ORDER |
| BRIAN LY, et al., | |
| Defendants. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brian Ly may travel outside the Northern District of California, from March 9, 2007 through March 11, 2007, to South Lake Tahoe area in California and Nevada. Brian Ly will be staying at a rented cabin with friends, located at State Line, Nevada, but plans to go to Sierra at Tahoe Ski Resort, located in Twin Bridges, California, and also to Reno, Nevada. Prior to travel, Brian Ly agrees to provide Pretrial Services with the location he will be staying and contact information.

Pretrial Services Officer Betty Kim advised that Brian Ly is in full compliance with his conditions of release and has no

objection to the requested travel plans, under the conditions proposed herein.

```
/S/JAMES BUSTAMANTE              /S/ANDREW M. SCOBLE
JAMES BUSTAMANTE                 ANDREW M. SCOBLE
Attorney for Defendant LY        Assistant U.S. Attorney
Dated: February 23, 2007         Dated: February 26, 2007
```

**IT IS SO ORDERED.**

Dated:

NANDOR J. VADAS
U.S. Magistrate Judge