UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | NO. CR 05-0375 SI |
| v. | STIPULATION AND [~~PROPOSED~~] TRAVEL ORDER |
| BRIAN LY, et al., | |
| Defendants. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brian Ly may travel outside the Northern District of California on January 4-6, 2008, to Lake Tahoe, California, to Brian Ly will be staying at a rented cabin with friends, located at 276 Heather Street, South Lake Tahoe, California 96150.

Pretrial Services Officer Hence Williams advised that Brian Ly is in full compliance with his conditions of release and has no objection to the requested travel plans, under the conditions proposed herein. Prior to travel, Brian Ly agrees to provide Pretrial Services with his itinerary and contact information.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant LY
Dated: January 3, 2008

/S/ANDREW M. SCOBLE
ANDREW M. SCOBLE
Assistant U.S. Attorney
Dated: January 3, 2008

**IT IS SO ORDERED.**

Dated: 1/3/08

NANDOR J. VADAS
U.S. Magistrate Judge