UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA

      Plaintiff,                    NO. CR 05-0375 SI

  v.                                      STIPULATION AND [PROPOSED]
                                            TRAVEL ORDER
BRIAN LY, et al.,

      Defendants.
_____/

    THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brian Ly may travel outside the Northern District of California on March 30 through April 3, 2008, to Honolulu, Hawaii.

    Pretrial Services Officer Hence Williams advised that Brian Ly is in full compliance with his conditions of release and has no objection to the requested travel plans, under the conditions proposed herein.  Prior to travel, Brian Ly agrees to provide Pretrial Services with his itinerary and contact information.

/S/JAMES BUSTAMANTE                 /S/ANDREW SCOBLE
JAMES BUSTAMANTE                    ANDREW M. SCOBLE
Attorney for Defendant LY           Assistant U.S. Attorney
Dated: February 27, 2008            Dated: February 27, 2008

    **IT IS SO ORDERED.**

    Dated:
                                    _____
                                    ~~NANDOR J. VADAS~~
                                    U.S. Magistrate Judge