# DOCUMENT LOCATOR

Case Number: CR 05-375 SI

Date Filed: 9/2/2008

_____**Exhibit:   Trial/Other**

                 **Shelf Location**_____

   <u>**X**</u>_____**Sealed Document**

_____**Reporter's Transcript (located in expando folder next to file)**

       **Date of Hearing**_____

       **Court Reporter**_____

_____**Oversized document (located in expando folder next to file)**

       **Document Description**_____

       _____

       _____

**Docket Number: 873**