1 JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2
BRIAN J. STRETCH (CSBN 163973)
3 Chief, Criminal Division

4 NICOLE KIM (NYBN 4435806)
Assistant United States Attorney
5
450 Golden Gate Ave.
6 San Francisco, California 94102
Telephone: (415) 436-6401
7 Fax: (415) 436-6982
E-Mail: nicole.kim@usdoj.gov
8
9 Attorneys for the United States of America

10

11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

14 SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA ) No.: CR 05-0375 SI
17 )
) STIPULATION CONTINUING
18 ) SENTENCING HEARING; AND
v. ) [PROPOSED] ORDER
19 )
BRIAN LY, )
20 )
Defendant. )
21 _____)

22 STIPULATION

23 The parties, through undersigned counsel, STIPULATE that the sentencing hearing in the

24 above-referenced matter, set for February 13, 2009 at 11:00 a.m., may – with the Court's

25 concurrence – be continued to February 27, 2009 at 11:00 a.m. The reason for this continuance

26 is to accommodate Probation's schedule so that the Probation Officer has sufficient time to

27 complete the presentence interview and prepare the presentence report in this matter.

28

STIPULATION; [PROPOSED] ORDER
1

Dated: January 9, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

NICOLE M. KIM
Assistant United States Attorney

Dated: January 9, 2009

JAMES BUSTAMANTE
Attorney for Defendant

[PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The sentencing hearing in the above-referenced case is continued to Friday, February 23, 2009 at 11:00 a.m.

Dated: _____, 2008

HON. SUSAN ILLSTON
United States District Judge

STIPULATION; [PROPOSED] ORDER

2